**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:19-cv-62603-RKA

Abdel Zahriyeh,

    Plaintiff,

v.

Dynamic Recovery Solutions, LLC.

    Defendant

_____/

### JOINT PROPOSED ORDER SETTING
### PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD

| Date | Event |
|---|---|
| 12-10-2019 | Initial Disclosures |
| 01-31-2020 | Joinder of parties and claims, and amendment of pleadings. |
| 05-20-2020 | Deadline to complete all discovery. |
| 05-27-2020 | Mediation must be completed. |
| 07-03-2020 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| 09-15-2020 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| 09-22-2020 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| 09-27-2020 | Final pretrial conference |
| 10-03-2020 | Commencement of two-week trial period. |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on _____, 2019.

                                              _____
                                              ROY K. ALTMAN
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record